■ BELL TELEVISION, INC., et al., Appellants, v. CAL-NEW YORKER, INC., et al., Defendants, and NEW YORKER TOWERS, LTD., Respondent.— Order entered on September 15, 1960, granting defendant-respondent's motion, pursuant to rule 106 of the Rules of Civil Practice, to dismiss the amended complaint,

**592**

unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Noonan, JJ.